IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 06-79 |
| | ) |
| RITCHIE JACKSON | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed.

COLM F. CONNOLLY
United States Attorney

By: /s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: July 13, 2006

AND NOW, to wit, this 13th day of July, 2006, upon the foregoing Motion,

IT IS HEREBY ORDERED that the Indictment and File in the above-captioned case be sealed.

Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
JUL 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE