IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 06- 79 |
| | ) |
| RITCHIE JACKSON | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER FOR BENCH WARRANT**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Ritchie Jackson as a result of the Indictment returned against him on July 13, 2006.

COLM F. CONNOLLY
United States Attorney

By: /s/ Beth M. Schnoll
Beth Moskow-Schnoll
Assistant United States Attorney

FILED
JUL 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dated: July 13, 2006

AND NOW, this 13th day of July, 2006, upon the foregoing Motion, IT IS ORDERED that a warrant be issued for the arrest and apprehension of Ritchie Jackson.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge