IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-79 |
| RITCHIE JACKSON, | : | |
| Defendant. | : | |

## MOTION AND ORDER TO UNSEAL

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney, and hereby moves this Honorable Court to unseal the Indictment, Arrest Warrant, the Motion and Order to Seal, and the related file in the above-captioned case, because the defendant has been arrested.

                                                    COLM F. CONNOLLY
                                                    United States Attorney

BY: _____
       Beth Moskow-Schnoll
       Assistant United States Attorney

Dated: July 21, 2006



FILED
JUL 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AND NOW this **21** day of **July**, 2006, based upon the foregoing Motion, **IT IS ORDERED** that the Indictment, Arrest Warrant, the Motion and Order to Seal, and the related file in the above-captioned case be **UNSEALED**.

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Judge
District of Delaware