UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215)597-7704

July 24, 2006

U.S.D.C. DISTRICT OF DELAWARE
J. CALEB BOGGS FEDERAL BLDG.
844 KING ST., LOCKBOX 18
WILMINGTON, DE 19801-3570

REDACTED

RE: U.S.A. V. RITCHIE JACKSON
PA#06M739  DE#06CR79

Dear Clerk:

We herewith enclose the original record, together with a certified copy of the docket entries, in the above captioned case which has been transferred to your District pursuant to RULE 5(c).

Kindly acknowledge receipt on the copy of the letter provided.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: _____
JIM CRUZ, Deputy Clerk

Received above material or record file this 25 day of July, 2006.

FILED
JUL 25 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Signature: _____
Date: 7/25/06

crf1

CLOSED

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CRIMINAL DOCKET FOR CASE #: 2:06-mj-00739-ALL
#### Internal Use Only

Case title: USA v. JACKSON          Date Filed: 07/19/2006

Assigned to:

**Defendant**

RITCHIE JACKSON (1)              represented by DAVID M. KOZLOW
TERMINATED: 07/21/2006                          FEDERAL DEFENDERS
                                                SUITE 540 WEST
                                                CURTIS CENTER
                                                INDEPENDENCE SQUARE WEST
                                                PHILADELPHIA, PA 19106
                                                215-928-1100
                                                Email: david_kozlow@fd.org
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*
                                                Designation: Public Defender or
                                                Community Defender Appointment

**Pending Counts**                              **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                           **Disposition**

None

**Highest Offense Level (Terminated)**

None

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 7/24/06
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Complaints**                                  **Disposition**

· None

**Plaintiff**

USA      represented by    EWALD ZITTLAU
ASSISTANT U.S. ATTORNEY
615 CHESTNUT STREET
SUITE 1250
PHILADELPHIA, PA 19106-4476
215-861-8407
Fax: 215-861-8619
Email: ewald.zittlau@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2006 | 1 | Minute Entry for proceedings held before Judge L. FELIPE RESTREPO: Initial Appearance in Rule 5(c)(3) Proceedings as to RITCHIE JACKSON held on 7/21/2006. ATTORNEY EWALD ZITTLAU for USA, DAVID M. KOZLOW for RITCHIE JACKSON ADDED IN CASE. No bail is set. Defender assoc. appointed. Govt. motion for cont. granted. Detention/Identity Hearing set for 7/20/06 at 1:30 P.M. Court Reporter ESR.(jcz, ) (Entered: 07/21/2006) |
| 07/21/2006 | 2 | CJA 23 Financial Affidavit by RITCHIE JACKSON. (jcz, ) (Entered: 07/21/2006) |
| 07/21/2006 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER AS TO RITCHIE JACKSON . Signed by Judge TIMOTHY R. RICE on 7/21/06.7/24/06 Entered and Copies E-Mailed. (jcz, ) (Entered: 07/24/2006) |
| 07/21/2006 | 4 | FINDINGS AND ORDER OF REMOVAL AS TO RITCHIE JACKSON, THAT THE DEFT. BE DETAINED PENDING REMOVAL TO THE DISTRICT OF DELAWARE. THE CLERK OF COURT IS DIRECTED TO TRANSMIT ALL ORIGINAL DOCUMENTS TO SAID DISTRICT . Signed by Judge TIMOTHY R. RICE on 7/21/06. 7/24/06 Entered (jcz, ) (Entered: 07/24/2006) |
| 07/21/2006 | 5 | COMMITMENT TO ANOTHER DISTRICT AS TO RITCHIE JACKSON, THE U.S. MARSHAL IS COMMANDED TO TAKE CUSTODY OF THE DEFT AND TRANSPORT THAT DEFT. TO THE DISTRICT OF OFFENSE (DIST. OF DELAWARE 06-CR-79) . Signed by Judge TIMOTHY R. RICE on 7/21/06.7/24/06 Entered. (jcz, ) (Entered: 07/24/2006) |

| 07/21/2006 | ⬤ | RULE 5(c) Transfer to DISTRICT OF DELAWARE 06-CR-79 as to RITCHIE JACKSON. (jcz, ) (Entered: 07/24/2006) |
|---|---|---|
| 07/21/2006 | | ***Case Terminated as to RITCHIE JACKSON (jcz, ) (Entered: 07/24/2006) |
| 07/21/2006 | ⬤6 | ORDER OF TEMPORARY DETENTION AS TO RITCHIE JACKSON, THAT A DETENTION HEARING IS SET FOR 7/20/06 AT 1:30 P.M. . Signed by Judge L. FELIPE RESTREPO on 7/19/06.7/24/06 Entered. (jcz, ) (Entered: 07/24/2006) |
| 07/21/2006 | ⬤7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER AS TO RITCHIE JACKSON . Signed by Judge L. FELIPE RESTREPO on 7/19/06.7/24/06 Entered. (jcz, ) (Entered: 07/24/2006) |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS SHEET

INITIAL APPEARANCE/RULE 40

**L. FELIPE RESTREPO**
**U. S. MAGISTRATE JUDGE**

DATE: July 19, 2006

ESR Operator: Megan McDevitt

UNITED STATES OF AMERICA

Ewald Zittlau, Esq.
Assistant U.S. Attorney

V.

Docket No. 06-739-M

Ritchie Jackson
Defendant

David Kozlow, Esq.
Defense Counsel

:

FILED JUL 2 1 2006 MICHAEL E. KUNZ, Clerk By _____ Dep. Clerk

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, Rule 9(c)(l), or after hearing pursuant to defendant's motion, the bail status as to the above-named defendant is as follows:

    No Bail is SET
    Other Change or Conditions:  Defender Association apptd.  Govt's motion for continuance granted.  Pretrial detention and identity hearings set for Friday, July 20, 2006 at 1:30 p.m. in Courtroom 5B before Judge Rice.

*Juanita M. Davis*
JUANITA M. DAVIS
Deputy Clerk

**TOTAL TIME IN COURT: 10 minutes**

=================================================================================

DEFENDANT ARRESTED ON ___7/19/06___

IF ARRESTED ON REMOVAL SHOW DATE/LOCATION _____

STATUS: __ Bail is set at $ _____     __ Deft. is a juvenile

    __ In custody ____ Date placed in detention __ Pending these
                                                federal charges
    __ Already in custody on other federal charges

    __ Pending state/local charges   Has detainer been lodged? YES/NO

    __ Serving sentence on state conviction & appeared on writ

    __ Deft. is pending removal to District of _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL NO.

v.

RITCHIE JACKSON : 06-739-M

### ORDER

AND NOW, to wit, this 21st day of **July 2006**, the above-named defendant having been examined and testified under oath or has otherwise satisfied the Court that he: (1) is financially unable to obtain representation by counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

ORDERED that Defender Association of Philadelphia, Federal Court Division, is hereby appointed pursuant to Title 18, § 3006A to represent said defendant in the above matter, said appointment shall remain in effect until terminated or a substitute attorney is appointed.

TIMOTHY R. RICE
U. S. MAGISTRATE JUDGE

or

BY ORDER OF THE COURT

Chavela M. Settles
Deputy Clerk

DEFENDANTS ADDRESS:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : DOCKET NO.

v.

RITCHIE JACKSON : 06-739-M

FILED
JUL 21 2006
MICHAEL E. KUNZ, Clerk
By ___ Dep. Clerk

### FINDINGS AND ORDER OF REMOVAL

AND NOW, this 21st day of July 2006, upon application of the United States, the defendant having waived a hearing thereon, it is hereby

ORDERED

that the defendant, RITCHIE JACKSON, be DETAINED PENDING REMOVAL in the above case to the District of Delaware, pursuant to The Federal Rule of Criminal Procedure 40(f).

The Clerk of Court is directed to transmit all original documents to the District of Delaware.

BY THE COURT:

_____
TIMOTHY R. RICE
UNITED STATES MAGISTRATE



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

RITCHIE JACKSON

COMMITMENT TO ANOTHER DISTRICT

FILED
JUL 21 2006
MICHAEL E. KUNZ, Clerk
By ___ Dep. Clerk

Case No.: 06-739M ~~Dist of DEL~~ ED PA
Case No.: CR06-79 ~~EDPA~~ Delaware

The defendant is charged with a violation of 18 U.S.C. § 371; 18 U.S.C. § 1344 and 18 U.S.C. § 1028A alleged to have been committed in the District of Delaware.

Brief Description of Charge(s): Conspiracy to commit bank fraud; bank braud; and fraud with identification documents.

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§ 3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed.R.Crim.P. 40 having been completed.

The Clerk of Court is hereby ORDERED to forward all the original documents in the above-captioned matter to the District of Delaware.

7-21-06
Date

_____
Timothy R. Rice
United States Magistrate Judge

RETURN

This commitment was received and executed as follows:

Date commitment order received _____ Place of commitment _____

2cc: US marshal

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

RITCHIE JACKSON

Case No. 06-739-M

FILED
JUL 2 1 2006
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk



**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Upon motion of the government, it is **ORDERED** that a detention hearing is set for Friday, July 20, 2006 [1] at 1:30 p.m. before Honorable Timothy R. Rice in Courtroom 5B.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) and produced for the hearing.

Date: July 19, 2006

_____
L. FELIPE RESTREPO
UNITED STATES MAGISTRATE JUDGE

---

1.  If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION

V. :

RITCHIE JACKSON : NO. 06-739-M



### ORDER

AND NOW, to wit, this **19TH** day of JULY, 2006, the above-named defendant having been examined and testified under oath or has otherwise satisfied the Court that he or she: (1) is financially unable to obtain representation by counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

ORDERED that Defender Association of Philadelphia, Federal Court Division, is hereby appointed pursuant to Title 18, § 3006A to represent said defendant in the above matter, said appointment shall remain in effect until terminated or a substitute attorney is appointed.

BY ORDER OF THE COURT

_L. Restrepo_
L. Felipe Restrepo
United States Magistrate Judge