PS 8
(Rev 02/94)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,      )
                               )
         Plaintiff,        )
                               )
        vs.           )      Criminal Action No. 1:06CR00079-001-~~MPT~~ GMS
                               )
    Ritchie Jackson      )
                               )
         Defendant      )

### Petition for Action on Conditions of Pretrial Release

COMES NOW CAROL L. SAIN  PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Ritchie Jackson who was released under pretrial release supervision by the Honorable Mary Pat Thynge, sitting in the court at Wilmington, on the 26th day of July, 2006 under the following conditions:

4.    The defendant promises to appear at all proceedings as required and to surrender for service of any sentence;

7(a): The defendant shall report to Pretrial Services as directed;

7(e): The defendant shall seek or maintain employment;

7(I):  The defendant shall not travel outside the Eastern District of Pennsylvania unless authorized by Pretrial Services;

7(n): The defendant shall refrain from possessing a firearm or other dangerous weapon;

7(o): The defendant shall refrain from any use of alcohol;

7(p)  The defendant shall not possess or use an illegal controlled substance;

7(q): The defendant shall participate in drug testing;

7(r):  The defendant shall participate in substance abuse counseling at the direction of the pretrial service officer;

7(u): The defendant report as soon as possible, any contact with any law enforcement personnel, including, but not limited to any arrest, questioning or traffic stop;

7(v): Regarding item 7(r) shall include evaluation and treatment;

7(w):Regarding 7(I), defendant shall obtain permission from Pretrial Services no less than 24 hours before the scheduled travel.

7(x): Participate in mental health counseling, evaluation, treatment and therapy as directed by Pretrial Services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

The defendant has failed to keep in contact with the Eastern District of Pennsylvania Pretrial Service Office, and his whereabouts are unknown.

PRAYING THAT THE COURT WILL ORDER that a warrant be issued for the arrest of Ritchie Jackson, so that he can be brought before to answer the charge of violating the terms of his pretrial release.

ORDER OF COURT

So ordered this ___31___
day of _Aug___, 2006.

_____
U.S. Magistrate Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
U.S. Pretrial Services Officer
Place Wilmington, Delaware
Date August 30, 2006