FILED IN OPEN COURT ON 6/26/07
RPG

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-79-GMS |
| ) | |
| RITCHIE JACKSON, ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR REVOCATION OF ORDER OF
### PRE-TRIAL RELEASE AND DETENTION PENDING TRIAL

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney, and, pursuant to 18 U.S.C. § 3148(b), hereby moves for the revocation of the Court's order of pre-trial release of the defendant, and further moves for the pre-trial detention of the defendant, pursuant to Federal Rules of Criminal Procedure 32.1(a)(6) and 46(d).

In support of this motion, the United States alleges as follows: (a) there is clear and convincing evidence that the defendant has violated one or more conditions of his release; (b) based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee; and ( c) the defendant is



FILED

JUN 26 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

unlikely to abide by any condition or combination of conditions of release.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: June 26, 2007