UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br>Ritchie Jackson<br><br>        Defendant. | )<br>)<br>)<br>)<br>) CASE NO. CR 06-79 (GMS)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

The defendant, upon entering a plea of not guilty to the Indictment on _July 12, 2007_ requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until _August 27, 2007_. The time between the date of this order and _August 27, 2007_ shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                                          Honorable Mary Pat Thynge<br>                                                          U.S. Magistrate Judge

cc: Defense Counsel
     United States Attorney