AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

RITCHIE JACKSON

**WARRANT FOR ARREST**

Case Number: CR 06-79 (GMS)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Ritchie Jackson _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

VIOLATION OF PRETRIAL RELEASE CONDITIONS

in violation of Title _____ United States Code, Section(s) _____

PETER T. DALLEO
Name of Issuing Officer

Euotte Watson, Deputy Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

August 31, 2006 in WILMINGTON, DE
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| 844 King St Wilm DE |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8-31-06 | William David, DUSM | William Alan |
| DATE OF ARREST | | |
| 6-26-07 | | |