IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-79-GMS |
| RITCHIE JACKSON, | : |
| Defendants. | : |

ORDER

IT IS HEREBY ORDERED this 6th day of Nov., 2007, that

1. A scheduling conference in this matter will be held on the 9th day of November at 10:30 a.m. in Courtroom 4A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware;

2. Because the Court finds that a brief continuance in this matter to permit the Court and the parties to meet and confer on the further scheduling of this case outweighs the interest of the defendant and the public in a speedy trial, IT IS FURTHER ORDERED that the time between the date of this Order and the date of the scheduling conference are excluded from computation of the Speedy Trial Act in the interests of justice, 18 U.S.C. § 3161(h)(8)(A).

HONORABLE GREGORY M. SLEET
Chief United States District Judge

FILED
NOV 6 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE