IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 06-79 GMS |
| RITCHIE JACKSON | : |
| | : |

### ORDER

IT IS HEREBY ORDERED that the scheduling conference regarding the above-captioned case is RESCHEDULED to **Tuesday, November 20, 2007, at 3:00 p.m.**, in chambers, before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, 844 N. King Street, Wilmington, DE.

The time period between the date of this Order and November 20, 2007, will be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

November 9, 2007