IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : Criminal Action No. 06-79 GMS |
| RITCHIE JACKSON | : |

## **ORDER**

IT IS HEREBY ORDERED that the change of plea hearing regarding the above-captioned defendant is scheduled for **Tuesday, December 18, 2007, at 9:30 a.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

December 12, 2007