# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-79-GMS |
| | ) |
| RITCHIE JACKSON, | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL

PLEASE enter the appearance of Assistant United States Attorney Seth M. Beausang as attorney of record, in place of Assistant United States Attorney Beth Moskow-Schnoll, on behalf of the United States of America in the above-captioned matter.

Dated: January 15, 2008.

                                              Respectfully submitted,

                                              COLM F. CONNOLY
                                              United States Attorney

                                              /s/ Seth M. Beausang
                                              Seth M. Beausang (DE I.D. No. 4071)
                                              Assistant United States Attorney
                                              1007 N. Orange Street, Suite 700
                                              P.O. Box 2046
                                              Wilmington, Delaware 19899-2046
                                              (302) 573-6277, ext. 149
                                              (302) 573-6220 (fax)