UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | Criminal Action No. 06-79-GMS |
| | : | |
| v. | : | |
| | : | |
| RITCHIE JACKSON | : | |
| | : | |
| Defendant. | : | |

**MOTION TO DISMISS**

COMES NOW, the United States, by and through its undersigned counsel, Colm F.

Connolly, United States Attorney, Seth M. Beausang, Assistant United States Attorneys, and

respectfully moves to dismiss Count I of the Indictment (Doc. No. 2) in the above-captioned

case.

DATED: April 14, 2008.

Respectfully Submitted,

COLM F. CONNOLLY
United States Attorney

By:_____/s/ Seth M. Beausang_____
    Seth M. Beausang (I.D. No. 4071)
    Assistant United States Attorney
    The Nemours Building
    1007 Orange Street, Suit 700
    Wilmington, DE 19801

**IT IS SO ORDERED this _____ day of _____, 2008.**

_____
**The Honorable Gregory M. Sleet, Chief Judge**
**United States District Court**