UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Criminal Action No. 06-79-GMS |
| v. | : | |
| RITCHIE JACKSON | : | |
| Defendant. | : | |

**MOTION TO DISMISS**

COMES NOW, the United States, by and through its undersigned counsel, Colm F. Connolly, United States Attorney, Seth M. Beausang, Assistant United States Attorneys, and respectfully moves to dismiss Count I of the Indictment (Doc. No. 2) in the above-captioned case.

DATED: April 14, 2008.

Respectfully Submitted,

COLM F. CONNOLLY
United States Attorney

By:_____/s/ Seth M. Beausang_____
Seth M. Beausang (I.D. No. 4071)
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suit 700
Wilmington, DE 19801

IT IS SO ORDERED this __14TH__ day of __April__, 2008.

_____
The Honorable Gregory M. Sleet, Chief Judge
United States District Court

FILED
APR 1 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE